UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL D. HEMINGWAY, | ) | No. CV 04-10030-SVW (VBK) |
| Petitioner, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE AMENDED REPORT AND |
| v. | ) ) | RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) |
| WARDEN, | ) ) | DISMISSING THE SECOND AMENDED PETITION FOR WRIT OF HABEAS |
| Respondent. | ) ) | CORPUS |

Pursuant to 28 U.S.C. §636, the Court has made a _de novo_ review of the Second Amended Petition for Writ of Habeas Corpus ("Second Amended Petition"), Respondent's Answer, Petitioner's Traverse, Petitioner's Objections, all of the records herein and the Amended Report and Recommendation of the United States Magistrate Judge ("Amended Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Amended Report and Recommendation, and (2) Judgment be entered dismissing the Second Amended Petition with prejudice.

DATED: July 31, 2009

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE