JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL D. HEMINGWAY, | ) | No. CV 04-10030-SVW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN, | ) | |
| Respondent. | ) | |

    Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Second Amended Petition for Writ of Habeas Corpus ("Second Amended Petition") with prejudice,

    **IT IS ADJUDGED** that the Second Amended Petition is dismissed with prejudice.

DATED: July 31, 2009

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE